IN RE:                    FILED              CASE NO. 10-53335

HOWARD D. SCHWARZMAN      2011 JUN -6 PM 3:25  CHAPTER 7
LINDA MARIE SCHWARZMAN
        Debtors                               REPORT OF UNCLAIMED
                          U.S. BANKRUPTCY COURT  DIVIDEND
                          NORTHERN DISTRICT OF OHIO
                                 AKRON

    Harold A. Corzin, Trustee herein, reports that check #103 was issued on March 2, 2011 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #112 to the Clerk of Courts in the amount of $394.59 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

 

_____
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770
(330) 670-0297 Facsimile
Hcorzin@csu-law.com

June 2, 2011

cc: U. S. Trustee

Printed: 06/01/11 08:04 AM

# Stale Check Report

Page: 1

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 10-53335 - SCHWARZMAN, HOWARD DALE

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-15150254-66 | 112 | 06/01/11 | U. S. BANKRUPTCY COURT | | | $394.59 |
| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 9200-15150254-66 3 | 103 | | 10/17/10 | 610 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | 9,885.84 | 9,885.84 | 394.59 | 394.59 |

*handwritten:* ck #112 receipt # 82394

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.